**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLORIA A. MESTAYER,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., NORDSTROM, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | No. 15CV3645 EMC<br><br>[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF DEFENDANT NORDSTROM, INC.<br><br>Complaint Filed: August 10, 2015 |

Having considered the parties' Joint Stipulation for Dismissal, the above-entitled action is hereby dismissed with prejudice as to Defendant NORDSTROM, INC., each party to bear its own attorney fees and costs.

DATED: __12/23/15__                    _____
                                        HONORABLE EDWARD M. CHEN
                                        UNITED STATES DIST.

IT IS SO ORDERED
Judge Edward M. Chen

4811-2573-2652, v. 1