**LAW OFFICE OF CLARK OVRUCHESKY**
Clark Ovruchesky, Esq. (301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960

*Attorney for Plaintiff*,
Gloria A. Mestayer

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLORIA A. MESTAYER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CAPITAL ONE BANK (USA), N.A. and EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**Defendants.** | Case No.: 15-cv-03645-EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**<br><br>**HON. EDWARD M. CHEN** |

Plaintiff GLORIA A. MESTAYER (hereinafter "Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. (hereinafter "Defendant Experian") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Experian only from the above-entitled action, with prejudice.

The Parties agree that this Court can proceed to dismiss Defendant Experian, with prejudice, from this action and this Court retains jurisdiction to enforce the settlement of this action.

| | |
|---|---|
| Dated: June 16, 2016 | Respectfully submitted, |
| | **LAW OFFICE OF CLARK OVRUCHESKY** |
| | By: /s/ Clark Ovruchesky |
| | Clark Ovruchesky |
| | ATTORNEYS FOR PLAINTIFF |
| Dated: June 16, 2016 | Respectfully submitted, |
| | **JONES DAY** |
| | By: /s/ Michael A. Deshong |
| | Michael A. Deshong |
| | ATTORNEYS FOR DEFENDANT |
| | EXPERIAN |

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

| | |
|---|---|
| Dated: June 16, 2016 | **LAW OFFICE OF CLARK OVRUCHESKY** |
| | By: /s/ Clark Ovruchesky |
| | Clark Ovruchesky |
| | ATTORNEYS FOR PLAINTIFF |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant Experian is dismissed with prejudice. Plaintiff and Defendant Experian shall each bear their own costs and attorneys' fees.

Date: 6/20/2016

HON. JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION OF DISMISSAL                    PAGE 2 OF

# CERTIFICATE OF SERVICE
*Mestayer v. Equifax Information Services LLC et al.*
Case No: No: 15-cv-03645-EMC

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party to the above-entitled cause.

On June 16, 2016, I served a true copy of:

- **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

[X]  By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on June 16, 2016 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE